UNITED STATES of America,
Plaintiff-Appellee,

v.

Wayne Clyde TERRY Defendant-Appellant.

No. 17-10073
Non-Argument Calendar

United States Court of Appeals,
Eleventh Circuit.

(October 3, 2017)

Curtis Ivy, Jr., Sandra J. Stewart, George L. Beck, Jr., U.S. Attorney's Office, Montgomery, AL, for Plaintiff-Appellee

Before HULL, JULIE CARNES and JILL PRYOR, Circuit Judges.

PER CURIAM:

Carly B. Wilkins, appointed counsel for Wayne Clyde Terry in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Terry's conviction and sentence are **AFFIRMED**.